**FILED**
November 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BOBBY WILKERSON, ) <br> ) <br> Defendant. ) | Case No. MAG. -08-0412 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Bobby Wilkerson</u>, Case No. <u>Mag. 08-0412 DAD</u>, Charge <u>Title 21 USC §§ 841; 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

X  Bail Posted in the Sum of $ _100,000.00_

    X  Unsecured Appearance Bond _but mother's retirement account orally pledged to cover bond._

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    X  (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 24, 2008</u> at  _3:30 pm_ .

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge