**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

**M E M O R A N D U M**

NOV 2 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

> **RE:** **Bobby WILKERSON, Jr.**
> **Docket Number:  2:08CR00561-04**
> **CONTINUANCE OF JUDGMENT**
> **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from January 7, 2011 to March 11, 2011 at 10:00 AM.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  The U.S. Probation Officer assigned to complete this PSR has incurred an unplanned personal emergency.  He is thus unable to complete the PSR within the current schedule.   The government and the defendant are both in agreement with this continuance request.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*Jeffrey C. Oestreicher*

**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

Dated:      November 18, 2011
            Sacramento, California
            JCO/sda

Attachment

1

RE:   **WILKERSON, Bobby, Jr.**
       **Docket Number:   2:08CR00561-04**
       **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
       Jill Thomas, AUSA
       United States Marshal's Office
       Danny D. Brace, Jr., Appointed Counsel
       Probation Office Calendar clerk

✓ **Approved**                                   11 / 13 / 10

                          **EDWARD J. GARCIA**
                          **Senior United States District Judge**        **Date**

____ **Disapproved**

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**Plaintiff,**

vs.

**Bobby WILKERSON, Jr.**

**Defendant.**
_____/

**Docket Number:   2:08CR00561-04**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | March 11, 2011 @ 10:00 AM |
| Reply, or Statement of Non-Opposition: | March 4, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 25, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 18, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 11, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | January 28, 2011 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG